# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Kevin Toth, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| United Abrasives, Inc., a New York ) | |
| Corporation, ) | |
| ) | Case No. 1:09-cv-084 |
| Defendant. ) | |

_____

On November 30, 2010, the parties filed a Stipulation to Modify Scheduling Order. The court **ADOPTS** the parties' stipulation (Docket No. 11) and **ORDERS** that the scheduling order issued on February 8, 2010, be modified as follows:

3. The parties shall have until March 15, 2011, to complete fact discovery.

4. The Plaintiff shall disclose experts, along with complete reports, under Rule 26(a)(2), by February 1, 2011. Defendant shall disclose experts, along with complete reports, under Rule 26(a)(2) by March 30, 2011.

Dated this 1st day of December, 2010.

>     */s/  Charles S. Miller, Jr.*
>     Charles S. Miller, Jr.
>     United States Magistrate Judge