**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Kevin Toth, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| United Abrasives, Inc., a New York | ) | |
| Corporation, | ) | |
| | ) | Case No. 1:09-cv-084 |
| Defendant. | ) | |

_____

On March 18, 2011, the parties filed a Stipulation to Modify Scheduling Order. The court

**ADOPTS** the parties' stipulation (Docket No. 13) and **ORDERS** that the scheduling order be

modified as follows:

3.    The parties shall have until July 1, 2011, to complete fact discovery.

4.    The Plaintiff shall disclose experts, along with complete reports, under Rule 26(a)(2),

by April 15, 2011. Defendant shall disclose experts, along with complete reports,

under Rule 26(a)(2) by June 15, 2011.

5.    The parties shall have until July 1, 2011, to complete discovery depositions of expert

witnesses.

Dated this 21st day of March, 2011.

_/s/  Charles S. Miller, Jr._
Charles S. Miller, Jr.
United States Magistrate Judge